# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Melvin Wing,                                                    Civil No. 15-15 (PJS/JJK)

        Petitioner,

v.                                                           **ORDER**

United States of America,

        Respondent.

---

Melvin Wing, 04599-046, USMCFP, Unit 10-G, P.O. Box 4000, Springfield, MO 65801-4000, pro se Petitioner.

Ana H. Voss, Esq., and D. Gerald Wilhelm, Esq., United States Attorney's Office, counsel for Respondent.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated December 21, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1.    The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED AS MOOT**;

    2.    To the extent Wing's Petition could be construed as raising claims concerning the conditions of his confinement, such claims are **DISMISSED WITHOUT PREJUDICE**; and

    3.    This case is **DISMISSED**.

**Let Judgment be entered accordingly.**

Date: 01/13/16

          s/Patrick J. Schiltz
          Patrick J. Schiltz
          United States District Judge